UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MIGUEL AGUIAR-RODRIGUEZ**                         **CIVIL ACTION**

**VERSUS**                                         **No. 08-3733**

**UNITED STATES OF AMERICA**                       **SECTION "B"(4)**

### ORDER AND REASONS

**IT IS ORDERED** that the instant petition(Record Document Number 1) for relief under 18 U.S.C. § 3231 is **DISMISSED** for the following reasons[1].

Section 3231 does not provide an independent basis for collateral attacks to the execution of this federal inmate's sentence. *See*, *U.S. v. Gabor*, 905 F. 2d 76 (5th Cir. 1990). Interpreting the petition as one for post-conviction habeas relief under 28 U.S.C. § 2241, this District lacks jurisdiction because the inmate filed the petition while incarcerated in Post, Texas. *Lee v. Wetzel*, 244 F. 3d 370, 373 (5th Cir. 2001). Further, there is no record that petitioner exhausted administrative remedies through the Bureau of Prisons (BOP) before he sought judicial review of his sentence computation by BOP. Absent also in this record is any indication of the existence of extraordinary

---

[1] The underlying conviction at issue arose from Criminal Action Number 80-438"F"; for some reason the instant petition for post-conviction relief was allotted to Section "B".

circumstances to warrant an exception to the exhaustion requirement. *See*, *Fuller v. Rich*, 11 F. 3d 61 (5th Cir. 1994).

Lastly, given above considerations, transference to the District where petitioner is incarcerated would not serve the interests of justice.

New Orleans, Louisiana, this 1st day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE